UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    **CHARLOTTE BODIFORD,**    :    Chapter 7
:
Debtor    :    Bky. No. 19-11504 ELF

# O R D E R

**AND**, the court having scheduled a hearing to consider whether the Debtor prohibited from refiling any future bankruptcy cases without prior court permission;

**AND**, the Debtor having failed to appear at the hearing;

It is hereby **ORDERED** that:

1. The above bankruptcy case is **DISMISSED**.

2. The Debtor is **PROHIBITED** from filing another bankruptcy case unless the Debtor's bankruptcy petition is accompanied by **all of the required bankruptcy schedules and statements**, which have been completed, and a valid **certification of compliance with 11 U.S.C. §109(h)**.

3. In the event that the Debtor attempts to file a bankruptcy case in violation of this order, **THE CLERK IS INSTRUCTED NOT TO DOCKET THE BANKRUPTCY PETITION**, but instead to deliver the papers immediately to the assigned bankruptcy judge for appropriate action.

4. The prohibition set forth in Paragraph 2 shall **EXPIRE** on **April 9, 2020**.

**Date: April 9, 2019**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

cc:    Charlotte Bodiford
605 Beverly Blvd.
Upper Darby, PA 19082